**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Sanchez,<br><br>        Plaintiff,<br><br>v.<br><br>County of Graham, et al.,<br><br>        Defendants. | No. CV-21-00073-TUC-JCH<br><br>**AMENDED SCHEDULING ORDER** |

Pending before the Court is the Parties' Joint Motion to Extend Certain Discovery Deadlines (Third Request) ("Motion") (Doc. 29). Parties seek to extend the deadline for the completion of fact discovery set in the Court's Scheduling Order (Doc. 9) and amended by the Court's subsequent Scheduling Orders (*See* Doc. 21; Doc. 25). Good cause appearing,

…

…

…

**IT IS ORDERED GRANTING** the Parties' Joint Motion to Extend Certain Deadlines (Doc. 29). The deadline for completion of fact discovery is extended from February 25, 2022 to **April 8, 2022.**

**IT IS FURTHER ORDERED AFFIRMING** the remaining deadlines set in the Court's Amended Scheduling Order (Doc. 25) as follows:

1. All expert disclosures under Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure shall be completed as follows:
   a. Plaintiffs' Expert Disclosure deadline remains **March 25, 2022**.
   b. Defendants' Expert Disclosure deadline remains **April 25, 2022**.
   c. The Rebuttal Expert Disclosures deadline remains **May 25, 2022**.
   d. The Expert deposition deadline remains **June 22, 2022**.
2. Dispositive motions deadline remains **July 27, 2022**.
3. All parties and their counsel shall meet in person and engage in good faith settlement talks no later than **August 24, 2022.**

Dated this 28th day of February, 2022.

_____
Honorable John C. Hinderaker
United States District Judge