DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: John C. Hinderaker | Date: April 11, 2023 |
| Deborah Sanchez v. Graham County, et al. | Case Number: CV-21-00073-TUC-JCH |

Plaintiff's Attorneys:  David Catanese and Benjamin Taylor, II
Defendants' Attorney: Daryl Audilett
Court Reporter: Erica McQuillen
Deputy Clerk: Sherry Gammon

**MOTION HEARING:**
Motion Hearing held to address Defendants' Motion in *Limine* to Preclude Deputy Lacey's Lack of Training and Experience with Jail Restraints (Doc.60), Motion in *Limine* re: To Preclude Prior Medical and Mental Health Records of Jorden Simms and to Preclude Other Evidence or Testimony about Prior Medical and Mental Health Issues and Treatment (Doc. 61), Motion in *Limine* re: To Preclude Family Photos That Are Late Disclosed and Lack Identification of Persons in the Photos (Doc. 62), Motion in *Limine* re: To Deem Admissible Testimony About and Photos of the Child Locks on Rear Doors of Plaintiff's and Plaintiff's Husband's Vehicles (Doc. 63) and Motion in *Limine* re: To Admit Plaintiff's Statements that She Believes the Officers Beat Simms Up and Threw Her Out of the Transport Vehicle, and to Admit Photo of Rear Window of Plaintiff's Pickup Truck (Doc. 64) and  Plaintiff's Motion in *Limine* re: Preclude photo and Testimony of Plaintiff's truck (Doc. 65) and Motion to Disclose Photos (Doc. 74). Argument presented by David Catanese and Daryl Audilett.

The Court rules as follows: Defendants' Motion in *Limine* to Preclude Deputy Lacey's Lack of Training and Experience with Jail Restraints (Doc. 60) is taken under advisement. Defendants' Motion in *Limine* re: To Preclude Prior Medical and Mental Health Records of Jorden Simms and to Preclude Other Evidence or Testimony about Prior Medical and Mental Health Issues and Treatment (Doc. 61) is taken under advisement.  Defendants' Motion in *Limine* re: To Preclude Family Photos That Are Late Disclosed and Lack Identification of Persons in the Photos (Doc. 62) is denied as moot. Within 30 days, the Plaintiff shall disclose the identity of the individuals shown in the photographs and any testimony the Plaintiff expects to give at rial related to the photographs. Mr. Audilett has leave to file a Motion in *Limine* related to specific photos. Defendants' Motion in *Limine* re: To Deem Admissible Testimony About and Photos of the Child Locks on Rear Doors of Plaintiff's and Plaintiff's Husband's Vehicles (Doc. 63) is taken under advisement.  Defendants' Motion in *Limine* re: To Admit Plaintiff's Statements that She Believes the Officers Beat Simms Up and Threw Her Out of the Transport Vehicle, and to Admit Photo of Rear Window of Plaintiff's Pickup Truck (Doc. 64) is taken under advisement.  Plaintiff's Motion in *Limine* re: Preclude photo and Testimony of Plaintiff's truck (Doc. 65) is taken under advisement. Plaintiff's Motion to Disclose Photos (Doc. 74) is granted. Formal Order to follow.

| Deborah Sanchez v. Graham County | Date: April 11, 2023 |
|---|---|
| Case Number: CV-21-00073-TUC-JCH | Page 2 of 2 |

A Jury Trial is set for **2/5/2024 at 09:30 a.m.** and a Final Pretrial Conference is set **for 1/25/2024 at 2:30 p.m.** before Judge John C. Hinderaker (estimated length of trial is 2 weeks).   Counsel agree the Court will seat a total of 8 jurors.

                    Motion Hearing: 44 minutes
                    Start:  1:35 PM
                    Stop:  2:19 PM