DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: John C. Hinderaker | Date: January 29, 2024 |
| Deborah Sanchez v. Graham County, et al. | Case Number: CV-21-00073-TUC-JCH |

Plaintiff's Attorneys: David Catanese
Defendants' Attorney: Daryl Audilett
Court Reporter: Anni Bryan
Deputy Clerk: Armida Butler

**FINAL PRETRIAL CONFERENCE**

The Court has reviewed the Joint Proposed Pretrial Order and the Proposed Jury Instructions. Further discussion to be held.

The number of jurors is discussed. It is agreed the Court will have a juror vior dire of 14 jurors and each counsel will get three peremptory alternating strikes with Plaintiff going first and Defendant going second. The Court will empanel 8 jurors.

Counsel has no objection to the Order (Doc 84) regarding selected jurors for summons. The Jury Administrator is requested to call 45 prospective jurors for *vior dire*.

A trial timeline is discussed. The Rule of Exclusion of witnesses is invoked.

There being no objection, the Court will use RAJI with respect to questions of witnesses by jurors.

Status Hearing set on Friday, February 2, 2024, at 2:00 p.m. before this Court.

The trial date of February 5, 2024, at 9:30 a.m. is affirmed. Counsel to be present by 9:00 a.m.

Final Pretrial Conference: 55 minutes
Start: 10:19 AM
Stop: 11:14 AM